Louis Treuhaft, Respondent, *v.* Moritz Bender et al., Copartners, under the Firm Name of S. & M. Bender, Appellants.

Julius Treuhaft, an Infant, by Hattie Treuhaft, His Guardian ad Litem, Respondent, *v.* Moritz Bender et al., Copartners, under the Firm Name of S. & M. Bender, Appellants.

(Submitted April 17, 1922; decided April 25, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 556.)